**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TIMOTHY LIAM HARSHAW,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SCHOOL DISTRICT OF** | : | **No. 26-CV-3130** |
| **PHILADELPHIA, *et al.*** | : | |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW,** this **23rd** day of **September 2026**, upon consideration of Plaintiff Timothy Liam Harshaw's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. The Complaint is **DISMISSED IN PART WITH PREJUDICE** and **DISMISSED IN PART WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum, as follows:

   a. The following claims are **DISMISSED WITH PREJUDICE**: (1) the Title IX and Section 504 claims against Defendant Berry; and (2) all state law negligence claims.

   b. The following claims are **DISMISSED WITHOUT PREJUDICE**: (1) the Title IX deliberate indifference; (2) Section 504; (3) 42 U.S.C. § 1983 failure to protect; and (4) *Monell* claims against the School District.

   c. The following claims will pass statutory screening and may proceed to service: (1) the Title IX retaliation claims against the School District; (2) the First Amendment retaliation claims against the School District and Defendant Berry; and (3) the ADA/Section 504 retaliation claims against the School District and Defendant Berry.

2. Harshaw may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Harshaw's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. **For example, if Harshaw files an amended complaint, he must include in that amended complaint the allegations supporting his retaliation claims that have not been dismissed, if he seeks to proceed on those claims.** When drafting his amended complaint, Harshaw should be mindful of the Court's reasons for dismissing the claims in his initial Complaint, as explained in the Court's Memorandum. **If he files an amended complaint, Harshaw may not reassert a claim that has already been dismissed from this case with prejudice**. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

3. The Clerk of Court is **DIRECTED** to send Harshaw a blank copy of the Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above civil action number. Harshaw may use this form to file his amended complaint if he chooses to do so.

4. If Harshaw does not file an amended complaint, the Court will direct service of his initial Complaint on the School District and Defendant Berry. Harshaw may also notify the Court that he seeks to proceed on the claims that pass statutory screening, rather than file an amended complaint. If he files such a notice, Harshaw is reminded to include the case number for this case, 26-3130.

5. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date the Court issues summonses in this case if summonses are issued.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**